720 A.2d 322

**Anthony GRANDISON**

v.

**STATE of Maryland.**

**Misc. No. 19, Sept. Term, 1998.**

Court of Appeals of Maryland.

Nov. 12, 1998.

Mary E. Davis and Christopher M. Davis, Washington D.C., for appellant.

Gwynn K. Kinsey, Jr., Assistant Attorney General, for appellee.

Submitted before BELL, C.J., and ELDRIDGE, RODOWSKY, RAKER, WILNER and CATHELL, JJ.

**ORDER**

The Court having considered the motion to reconsider denial of application for leave to appeal in the above captioned case, it is this 12th day of November, 1998,

ORDERED, by the Court of Appeals of Maryland, that the motion be, and it is hereby, denied.

CHASANOW, J., did not participate in the consideration of this matter.